

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-24-00324-CV

———————————————————

ESTATE OF ALVIN HENRY BOENKER, III, DECEASED

On Appeal from the 415th District Court
Parker County, Texas
Trial Court No. CV24-0623

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant's Unopposed Motion to Dismiss." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: October 17, 2024